**ELECTRONIC RECORD**

1361-14

COA #   07-13-00420-CR          OFFENSE:   2

STYLE:   David Dwayne Keelin aka
Dewayne Keelin aka Davis Dwayne
Keelin aka Dwayne Keelin v. The
State of Texas          COUNTY:   Hall

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   100th District Court

DATE: 08/13/2014          Publish: NO   TC CASE #:   3610

**IN THE COURT OF CRIMINAL APPEALS**

STYLE:   David Dwayne Keelin aka Dewayne
Keelin aka Davis Dwayne Keelin aka
Dwayne Keelin v. The State of Texas          CCA #:   1361-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___02/04/2015___          SIGNED: _____   PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____   DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____